# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## FLINT OFFICE

| | |
|---|---|
| **ROBERT BAYLESS,** | ) |
| | ) |
| Plaintiff, | )   2:16-cv-10968-GCS-APP |
| | ) |
| v. | ) |
| | ) |
| **ENHANCED RECOVERY** | ) |
| **COMPANY, LLC, d/b/a ERC,** | ) |
| | ) |
| Defendant. | ) |

## STIPULATION TO DISMISS WITH PREJUDICE

By agreement, the parties to the above-captioned action, by and through their respective attorneys, state as follows:

1. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate and agree that the above-captioned action should be dismissed.

2. The parties, by agreement, respectfully request that this case be dismissed with prejudice and without costs to any party.

**Date:**   October 24, 2016

| **For Plaintiff, Robert Bayless** | **For Defendant, Enhanced Recovery Company, LLC, d/b/a ERC** |
|---|---|
| /s David M. Marco | /s with consent Amy R. Jonker |
| David M. Marco (Atty. No.: 6273315) | Amy R Jonker (P73906) |
| SMITHMARCO, P.C. | Dykema Gossett PLLC |
| 20 South Clark Street, Suite 2120 | 300 Ottawa Avenue, N.W., Suite 700 |
| Chicago, IL 60603 | Grand Rapids, MI 49503 |
| Telephone:   (312) 546-6539 | Telephone:   (616) 776-7521 |
| Facsimile:   (888) 418-1277 | Facsimile:   (855) 259-7087 |
| E-Mail:   dmarco@smithmarco.com | E-Mail:   ajonker@dykema.com |

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
FLINT OFFICE

| | | |
|---|---|---|
| ROBERT BAYLESS, | ) | |
| | ) | |
| Plaintiff, | ) | 2:16-cv-10968-GCS-APP |
| | ) | |
| v. | ) | |
| | ) | |
| ENHANCED RECOVERY COMPANY, LLC, d/b/a ERC, | ) ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF DISMISSAL PURSUANT TO SETTLEMENT

Pursuant to settlement, this case is dismissed *with* prejudice, without costs to either party.

s/George Caram Steeh
Hon. George Caram Steeh
United States District Judge

Dated: October 24, 2016

2